**Christopher J. Bowes, Esq.**
54 Cobblestone Drive
Shoreham, NY 11786
Tel/Fax (631) 929-1700
Cell (212) 979-7575
Email cjbowes@gmail.com
_____

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/21
```

September 15, 2021

**MEMO ENDORSED**

Via ECF
Hon. Barbara C. Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   Cash Smith v. Kijakazi
      21-cv-1105-VSB-BCM

Dear Judge Moses:

    I am writing to request an extension of time in which to file plaintiff's settlement proposal in this case. Plaintiff's settlement proposal is due today. This is plaintiff's first request for an extension of time.

    I seek additional time to complete plaintiff's settlement proposal due to a significant backlog in my workload caused by illness during the prior two weeks. Despite being fully vaccinated, I contracted Covid 19 in late August and experienced significant fatigue in the last week of August and the first week of September. This significantly impacted my stamina and ability to keep pace with my work schedule, including Ms. Cash-Smith's papers. I apologize for the delay and disruption to you schedule. With the kind consent of opposing counsel, SAUSA Ariella Zoltan, I respectfully request that the Court approve the following revised briefing schedule:

| | |
|---|---|
| September 30, 2021 | Plaintiff's Settlement Proposal |
| November 1, 2021 | Remand Stipulation Or non-Settlement letter |
| December 1, 2021 | Plaintiff's Motion for Judgment on the Pleadings |
| January 31, 2022 | Defendant's Motion for Judgment on the Pleadings |
| February 21, 2022 | Plaintiff's Reply |

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ *Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

cc:   SAUSA Ariella Zoltan

Application GRANTED. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
September 16, 2021