

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 11, 2022

**BY ECF**

Hon. Barbara C. Moses
United States Magistrate Judge
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/22

      Re: *Ylandre Smith Cash v. Kijakazi*
           21 Civ. 01105-VSB-BCM

Dear Judge Moses:

      This Office represents the Commissioner of Social Security, defendant in the above-referenced action. We write respectfully, having received the consent of plaintiff's counsel, to request an adjournment of the Court's briefing schedule.

      Pursuant to the Court's scheduling order, the defendant's cross-motion for judgment on the pleadings and opposition to plaintiff's motion for judgment on the pleadings is due on February 18, 2022, and plaintiff's opposition and reply, if any, is due on March 11, 2022.  We write to respectfully request, however, that the briefing schedule in this case be adjourned as follows:

| Action | Date |
| --- | --- |
| Government's opposition to plaintiff's motion for judgment on the pleadings and cross-motion for judgment on the pleadings | March 11, 2022 |
| Plaintiff's opposition to Government's cross-motion and reply in support of her motion | April 1, 2022 |

      This request is being made due to a recent escalation in the undersigned's workload. The twenty-one (21) day adjournment of the briefing schedule will allow me the time necessary to complete review of the record and briefing of the case, in line with my other assignments.

      This is the Commissioner first request for an adjournment of the briefing schedule in this

case.   Plaintiff previously requested an extension of time to file her pre-motion settlement proposal; the Commissioner consented; and the Court granted that request on September 16, 2021. On December 7, 2021, the Court, *sua sponte,* extended Plaintiff's time to move for judgment on the pleadings from December 1, 2021 to December 20, 2021.

      We appreciate the Court's consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: /s/ *Victoria S. Treanor*
Victoria S. Treanor
Special Assistant United States Attorney
26 Federal Plaza, Room 3904
New York, New York 10278
(212) 264-2524
Victoria.Treanor@ssa.gov

---

Application GRANTED. SO ORDERED.

Barbara Moses
United States Magistrate Judge
February 15, 2022

---

cc: Christopher Bowes, Esq.