# Christopher J. Bowes, Esq.

54 Cobblestone Drive
Shoreham, NY 11786
Tel/Fax (631) 929-1700
Cell (212) 979-7575
Email cjbowes@gmail.com
_____

April 4, 2022

Via ECF
Hon. Barbara C. Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   Cash Smith v. Kijakazi
      21-cv-1105-VSB-BCM

**MEMO ENDORSED**

Dear Judge Moses:

   I am writing to request an extension of time, nunc pro tunc, in which to file plaintiff's Reply Memorandum in this case.  Plaintiff's Reply was due to be filed on April 1, 2022.

   I apologize for missing this deadline and regret the delay and disruption to Your Honor's schedule.  I have bad an inordinate amount of work this past month and overlooked this matter.  With the kind consent of opposing counsel, SAUSA Victoria Treanor, I respectfully request that the Court permit me to file a Reply on April 8, 2022.

   Thank you for Your Honor's attention to this matter.

                                        Respectfully submitted,

                                        /s/ Christopher J. Bowes, Esq.
                                        Christopher J. Bowes, Esq.

cc:   SAUSA Victoria Treanor

---

Application GRANTED. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
April 5, 2022