CHRISTOPHER J. B...
54 Cobbleston...
Shoreham, NY...
Tel. (212) 979...
Fax (631) 929...
cjbowes@gma...

**APPLICATION GRANTED. SO ORDERED.**

*[signature]*

**VERNON S. BRODERICK**
**U.S.D.J.**  4/4/2023

Plaintiff shall file any objections to Magistrate Judge Moses's report and recommendation by April 19, 2023.

<u>Via ECF</u>
Hon Vernon S. Broderick
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  <u>Cash Smith v. Kijakazi</u>
21 Civ. 1105 (VSB)(BCM)

Dear Judge Broderick:

    I am writing to request an extension of time in which to file plaintiff's Objections to the March 22, 2023 Report and Recommendation, by which the Magistrate Judge, the Honorable Barbara C. Moses, recommends that the Court deny plaintiff's Motion for Judgment on the Pleadings and grant the Commissioner's Cross-Motion affirming the decision denying Plaintiff's application for Social Security Disability benefits. The Objections are due to be filed on April 5, 2023. This is Plaintiff's first request for an extension of time to file these Objections.

    Due to several matters coming due at the same time, I have been unable to complete plaintiff's Objections and respectfully request a two week extension of time, until April 19, 2023, in which to complete and file Plaintiff's Objections to the March 22, 2022 Report and Recommendation. Opposing counsel, Victoria Treanor, consents to this request.

    Thank you for Your Honor's attention to this matter.

Very truly yours,

*/s/ Christopher J. Bowes*
Christopher J. Bowes, Esq

cc:   Victoria Treanor, Esq,
       Attorney foe Defendant