UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
YLANDRE SMITH CASH,

                        Plaintiff,                    21 **CIVIL** 1105 (VSB) (BCM)

    -against-                       **JUDGMENT**

FRANK BISIGNANO, Commissioner of
Social Security Administration,

                       Defendant.
---------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion & Order dated June 3, 2025, the Court adopts the Report & Recommendation in its entirety. Plaintiff's motion for judgment on the pleadings, is DENIED. The Commissioner's motion for judgment on the pleadings, is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
          June 3, 2025

                                                  **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                       **BY:**

                                                    **Deputy Clerk**